IN THE

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>JERRY NEHL BOYLAN,<br><br>Defendant-Appellant. | C.A. Nos. 24-3077, 24-3663<br>D.C. No. CR 2:22-482-GW<br>(Central Dist. Cal.)<br><br>**GOVERNMENT'S PARTIAL OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

The United States of America opposes defendant's request for an additional half a year to file his Opening Brief.

As the government explained to defense counsel in response to his extension request this morning, this is a case that should be resolved as expeditiously as possible. (*See* Exhibit A, Email to Defense Counsel.) Defendant killed 34 people in September 2019—five years ago—through his gross negligence. The families of defendant's victims, as well as the public, deserve a resolution.

This is also a case familiar to the Federal Public Defender's Office. A member of their Appeals section appeared in the district court almost

two years ago and then provided extensive assistance to the trial team. And defendant has already briefed two of his main issues on appeal, in his (successful) motion for bail pending appeal.

As laid out in the government's email to counsel, however, the government would *not oppose* a significant extension of time that still falls within the normal parameters of appellate practice in this Circuit. The government would not oppose **a single 60-day extension**, on top of the 30-day streamlined extension (for a total of 90 days, in addition to the time contemplated by the rules).

| | |
|---|---|
| DATED: August 29, 2024 | Respectfully submitted, |
| | E. MARTIN ESTRADA<br>United States Attorney |
| | MACK E. JENKINS<br>Assistant United States Attorney<br>Chief, Criminal Division |
| | /s/ *Alexander P. Robbins* |
| | ALEXANDER P. ROBBINS<br>Assistant United States Attorney |
| | Attorneys for Plaintiff-Appellee<br>UNITED STATES OF AMERICA |

# Exhibit A

**From:** Robbins, Alexander (USACAC)
**To:** Hunter Haney
**Subject:** Re: U.S. v. Boylan, 24-3077
**Date:** Thursday, August 29, 2024 10:09:55 AM

Hey Hunter, thanks for reaching out. I'm doing well, thank you.

We're not gonna be able to agree to a half-year extension. Which I feel a little bit bad telling you, since Margaret and David and I have had a great working relationship, and I realize that both of our sections are working extremely hard and are sometimes swamped.

But your client killed 34 people through his gross negligence years ago and is still at liberty. The victims' families and loved ones deserve this case to be decided in a timely fashion. And your client has also had the benefit of not one but two extraordinarily talented appellate lawyers working on his case for many months. (Josh Weiss was one the best opposing counsel I've ever argued against, and I've been doing this for 15 years.) This isn't a new case for your office or your section.

If the Conception had sank off the coast of Long Island, in the SDNY and Second Circuit, you would get exactly 30 more days (since you've already taken the CA9 streamlined 30 days on top of the initial 30 days under the rules), for a hard-stop total of 90 days. But I realize we're not in the Second Circuit. How about a 60-day additional extension, for a total of 120 — or, if need be, a 90-day FINAL extension (for a grand total of 150 days)?

In all events, we, of course, will commit in advance to adhering to the same deadlines for our own brief.

Best, and please let me know if you want to discuss anything.

Alex

Get Outlook for iOS yes, thank you

**From:** Hunter Haney <Hunter_Haney@fd.org>
**Sent:** Wednesday, August 28, 2024 10:09 PM
**To:** Robbins, Alexander (USACAC) <ARobbins1@usa.doj.gov>
**Subject:** [EXTERNAL] U.S. v. Boylan, 24-3077

Hi AUSA Robbins,

I hope this email finds you well.

I am writing because I intend to file a motion for a 180-day extension to file the appellant's opening brief in this matter. Please let me know the government's position as soon as you are able. My motion is due tomorrow, August 29th.

Thank you for your time.

Hunter



**Hunter Haney (he/him)**
**Deputy Federal Public Defender, Writs and Appeals Unit**
**Office of the Federal Public Defender**
**Central District of California**
321 E 2nd Street | Los Angeles, CA 90012 | fpdcdca.org
 | **F:** 213.894.0081